### HERRMAN v. UNITED STATES.

(Circuit Court, S. D. New York. June 29, 1894.)

CUSTOMS DUTIES—PLATE GLASS SILVERED AND BEVELED.
  Certain cast polished plate glass, silvered and beveled, from which looking glasses are made, *held* dutiable at 6 cents a square foot, and also to an additional duty of 10 per cent. ad valorem, under paragraphs 116 and 118 of the tariff act of October 1, 1890, and not dutiable under paragraph 116 only, as "looking glass plates."

Appeal by Importer from Decision of Board of United States General Appraisers. Decision affirmed.

The collector of customs assessed duty upon this merchandise, imported by H. Herrman in March, 1891, under the following paragraphs of the act of October 1, 1890:

"Par. 116. Cast polished plate glass, silvered, and looking glass plates not exceeding sixteen by twenty-four inches square, six cents per square foot; above that, and not exceeding twenty-four by thirty inches square, ten cents per square foot; above that, and not exceeding twenty-four by sixty inches square, thirty-five cents per square foot; all above that, sixty cents per square foot."

"Par. 118. Cast polished plate glass, silvered or unsilvered, and cylinder, crown, or common window glass, when ground, obscured, frosted, sanded, enameled, beveled, etched, embossed, engraved, stained, colored or otherwise ornamented or decorated, shall be subject to a duty of ten per cent. ad valorem in addition to the rates otherwise chargeable thereon."

The claim of the importer was that it was dutiable only under paragraph 116; that it was shaped and used for making looking glasses, and was specifically covered by the term "looking glass plates" in paragraph 116. The board of United States general appraisers affirmed the decision of the collector.

Curie, Smith & Mackie, for importer.
Henry C. Platt, U. S. Atty.

TOWNSEND, District Judge. Certain plate glass was classified for duty under paragraph 116 of the tariff act of 1890. To this classification no objection is made. But it was also classified, under paragraph 118 of said act, as "cast polished plate glass silvered and beveled." The importer protests against this classification, on the

ground that, while paragraph 116 in terms covers looking-glass plates, paragraph 118 does not refer to them. The evidence shows that the glasses in question are used for making looking glasses. It is not denied that they are "cast polished plate glass," and there is no evidence that such glasses are commercially known as "looking glass plates." As congress has recognized "looking glass plates" as distinct from "cast polished plate glass silvered," and as the articles in question are clearly embraced within the latter class, the decision of the board of general appraisers is affirmed.